UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                          :

UNITED STATES OF AMERICA               :

                                       :

         -v-                      :          S8 23 Cr. 501 (JPC)

                                       :

LUIS PAULINO,                    :            ORDER

                                       :

               Defendant.      :

                                       :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

Defendant Luis Paulino's change of plea hearing is scheduled for December 16, 2025, at 11:00 a.m. *See* Notice of Hearing, Dec. 8, 2025. By December 12, 2025, the parties shall advise the Court, by joint letter or individual letters, of their views regarding whether Defendant's remand will be mandatory in the event that he enters a guilty plea. *See* 18 U.S.C. § 3143(a)(2). The Court further respectfully reminds defense counsel that it expects counsel to prepare Defendant for the possibility of detention commencing at the end of the plea proceeding, in accordance with 6.B of the Court's Individual Rules and Practices in Criminal Cases.

SO ORDERED.

Dated: December 8, 2025
      New York, New York                              JOHN P. CRONAN
                                        United States District Judge